UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Freddie Butler<br>    Shirley S Butler<br>        Debtor(s) | Case No. 13 B 14705 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2013.

2) The plan was confirmed on 07/01/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 10/08/2013.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,630.56 |
| Less amount refunded to debtor | $187.84 |

**NET RECEIPTS:** $2,442.72

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,357.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $85.49 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,442.72

Attorney fees paid and disclosed by debtor:     $900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77th St Depot Federal Credit Union | Unsecured | 1,978.00 | NA | NA | 0.00 | 0.00 |
| 77th St Depot Federal Credit Union | Unsecured | 2,384.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 215.00 | 215.45 | 215.45 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 152.00 | 149.15 | 149.15 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 282.30 | 307.30 | 307.30 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 726.24 | 726.24 | 0.00 | 0.00 |
| Barclays Bank Delaware | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 411.00 | 411.37 | 411.37 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 510.00 | 481.82 | 481.82 | 0.00 | 0.00 |
| Ccs Collections | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Cit Bank/fingerhut D | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Credit Systems | Unsecured | 75.00 | 1,153.00 | 1,153.00 | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Mortgage Company | Secured | 128,268.00 | 126,826.96 | 126,826.96 | 0.00 | 0.00 |
| Fifth Third Mortgage Company | Secured | 2,000.00 | 1,854.06 | 1,854.06 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 488.87 | 488.87 | 0.00 | 0.00 |
| Illinois Department of Unemployment | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 430.00 | 307.73 | 307.73 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 29.50 | 29.50 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 735.00 | 735.48 | 735.48 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 895.00 | 1,152.57 | 1,152.57 | 0.00 | 0.00 |
| Juniper Card Services | Unsecured | 710.70 | NA | NA | 0.00 | 0.00 |
| MBI Solutions | Unsecured | NA | 506.00 | 506.00 | 0.00 | 0.00 |
| Monterey Financial | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Wards | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Munster Oral Surgery | Unsecured | 86.50 | NA | NA | 0.00 | 0.00 |
| National Credit Adjust | Unsecured | 1,577.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nicor Gas | Unsecured | 262.19 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 537.30 | 537.30 | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Consultan | Unsecured | 247.78 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 831.00 | 831.92 | 831.92 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 894.94 | 894.94 | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 707.51 | 707.51 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 902.29 | 902.29 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,512.00 | 1,562.38 | 1,562.38 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,906.00 | 1,905.88 | 1,905.88 | 0.00 | 0.00 |
| Region Recov | Unsecured | 367.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 652.00 | 652.08 | 652.08 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 83.00 | 80.90 | 80.90 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 83.51 | 83.51 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 76.04 | 76.04 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 51.87 | 51.87 | 0.00 | 0.00 |
| Thomas R Viere | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| U.S. Department of HUD | Secured | NA | 52,299.08 | 52,299.08 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 46,527.00 | 47,209.05 | 47,209.05 | 0.00 | 0.00 |
| Urban Alternatives | Unsecured | 0.00 | 2,950.00 | 2,950.00 | 0.00 | 0.00 |
| West Asset | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $179,126.04 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,854.06 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$180,980.10** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $307.73 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$307.73** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,802.42** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,442.72 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,442.72** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/02/2013                                    By: /s/ Marilyn O. Marshall
                                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**